CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 24 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUDOLPH LEE CRAWLEY, | ) |
| Petitioner, | ) Civil Action No. 7:05CV00797 |
| | ) |
| | ) FINAL ORDER |
| | ) |
| AIMEE JARRETT, et al., | ) By: Samuel G. Wilson |
| Respondents. | ) United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the respondents' motion to dismiss shall be and hereby is **GRANTED**, the above-captioned suit is hereby **DISMISSED** without prejudice, all other pending motions are hereby **DENIED** as **MOOT**, and this action shall be **STRICKEN** from the active docket of the court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent.

**ENTER**: This 24th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE